KATE TOWART, Respondent, *v.* THE BROADWAY AND SEVENTH
AVENUE RAILROAD COMPANY, Appellant.

(Argued March 14, 1890; decided April 15, 1890.)

APPEAL from judgment of the General Term of the Superior
Court of the city of New York, entered upon an order made
January 7, 1889, which affirmed a judgment in favor of plain-
tiff entered upon a verdict and affirmed an order denying a
motion for a new trial.

*Samuel B. Clarke* for appellant.

*Henry B. Stapler* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

GEORGE W. DOTY, Appellant, *v.* FRANCIS M. CLINT,
Impleaded, etc., Respondent.

(Submitted March 14, 1890; decided April 15, 1890.)

APPEAL from judgment of the General Term of the Supreme
Court in the fifth judicial department, entered upon an order
made June —, 1887, which affirmed a judgment in favor of
defendant entered upon the report of a referee.

*J. D. Decker* for appellant.

*J. M. Dunning* for respondent.

Agree to dismiss appeal ; no opinion.
All concur.
Appeal dismissed.